IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ERIC R. WISE,

        Plaintiff,

  v.                                      ORDER
                                            07-C-316-S

BRET REYNOLDS,

        Defendant.
_____

    Defendant moves to stay times to submit pretrial materials until three days after they receive this Court's decision on their motion for summary judgment. This motion will be granted.

    SO ORDERED this <u>25th</u> day of October, 2007.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge