IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ERIC R. WISE,

                Petitioner,

  v.                                            ORDER
                                                 07-C-316-S

BRET REYNOLDS,

                Respondent.
_____

    On November 8, 2007 judgment was entered in the above entitled matter dismissing plaintiff's complaint and all claims contained therein without prejudice. He now submits a motion to admit evidence. This motion will be denied at this time.


ORDER

    IT IS ORDERED that plaintiff's motion to admit evidence is DENIED.

    Entered this 20th day of November, 2007.

                                    BY THE COURT:

                                    /s/

                                    JOHN C. SHABAZ
                                    District Judge