IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ERIC R. WISE,

                Petitioner,

  v.                                            ORDER

                                                07-C-316-S

BRET REYNOLDS,

                Respondent.
_____

Pursuant to this Court's November 6, 2008 order the above entitled matter will be reopened upon the receipt of plaintiff's response to defendants' motion for summary judgment. It appears that defendant's counsel was served with this response. Accordingly, defendant's reply shall be filed not later than December 17, 2007. Where ths case is not resolved on summary judgment an amended scheduling order will be issued.

ORDER

IT IS ORDERED that the above entitled matter is REOPENED>

IT IS FURTHER ORDERED that defendant's reply in support of his motion for summary judgment should be filed not later than December 17, 2007.

Entered this 5th day of December, 2007.

                                BY THE COURT:

                                  ___/s/_____
                                  JOHN C. SHABAZ
                                  District Judge